IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GOVERNMENT OF PUERTO RICO *ex rel.* MESSO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST TRANSIT OF PUERTO RICO, INC.; FIRST TRANSIT INC.; FIRST TRANSIT TRANSPORTATION, LLC; FIRST TRANSIT PARENT, INC.; FIRSTGROUP AMERICA, INC. (FGA); FIRSTGROUP AMERICA HOLDINGS, INC.; FIRSTGROUP INTERNATIONAL, INC.; FIRST STUDENT PARENT, INC.; FIRST STUDENT, INC.; FIRST STUDENT HOLDING COMPANY LLC; FIRST STUDENT SERVICES LLC; FIRST STUDENT TRANSPORTATION LLC; FIRSTGROUP AMERICA PLC; RECESS HOLDCO LLC; TRANSDEV GROUP; TRANSDEV NORTH AMERICA, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 26-cv-01071<br><br>(On removal from Puerto Rico Civil Action No. SJ-2025-CV-07134 (603)) |

**DEFENDANTS' JOINT CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES PURSUANT TO FED. R. CIV. P. 7.1 AND <u>LOCAL RULE 7.1</u>**

    Defendants FirstGroup America, Inc. (FGA), FirstGroup America Holdings, Inc., FirstGroup International, Inc., First Student Parent, Inc., First Student, Inc., and Recess Holdco LLC, by and through the undersigned counsel, hereby disclose the following pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1 of the United States District Court for the District of Puerto Rico:

    1.    FirstGroup America, Inc. (sued as "FirstGroup America, Inc. (FGA)") is a wholly-owned subsidiary of FirstGroup Investment Corporation, no other entity owns 10% or more of

FirstGroup America, Inc.'s stock, and FirstGroup America, Inc. has no corporate parents, affiliates and/or subsidiaries which are publicly held.

2. FirstGroup America Holdings, Inc. is a wholly-owned subsidiary of Laidlaw Transportation, Inc., no other entity owns 10% or more of FirstGroup America Holdings, Inc.'s stock, and FirstGroup America Holdings, Inc. has no corporate parents, affiliates and/or subsidiaries which are publicly held.

3. FirstGroup International, Inc. is a wholly-owned subsidiary of FirstGroup America, Inc., no other entity owns 10% or more of FirstGroup International, Inc.'s stock, and FirstGroup International, Inc. has no corporate parents, affiliates and/or subsidiaries which are publicly held.

4. First Student Parent, Inc. is a wholly-owned subsidiary of First Student Intermediate LP, no other entity owns 10% or more of First Student Parent, Inc.'s stock, and First Student Parent, Inc. has no corporate parents, affiliates and/or subsidiaries which are publicly held.

5. First Student, Inc. is a wholly-owned subsidiary of FirstGroup America Holdings, Inc., no other entity owns 10% or more of First Student, Inc.'s stock, and First Student, Inc. has no corporate parents, affiliates and/or subsidiaries which are publicly held.

6. Recess Holdco LLC is a wholly-owned subsidiary of Recess Intermediate LP, no other entity owns 10% or more of Recess Holdco LLC's stock, and Recess Holdco LLC has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: February 9, 2026

| **SIMPSON THACHER & BARTLETT LLP** | **O'NEILL & BORGES LLC** |
|---|---|

Stephen P. Blake *(pro hac vice forthcoming)*
Laura Lin *(pro hac vice forthcoming)*
One Market Plaza
Spear Tower, Suite 3800
San Francisco, CA 94105
(415) 426-7300
sblake@stblaw.com
laura.lin@stblaw.com

*s/ Salvador J. Antonetti-Stutts*
Salvador J. Antonetti-Stutts
USDC-PR No. 215002

*s/ José J. Colón-García*
José J. Colón-García
USDC-PR No. 308010

*s/Aníbal A. Román-Medina*
Aníbal A. Román-Medina
USDC-PR No. 308410

250 Ave. Muñoz Rivera, Ste. 800
San Juan, P.R. 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: salvador.antonetti@oneillborges.com
         jose.colon@oneillborges.com
         anibal.roman@oneillborges.com

*Counsel for Defendants FirstGroup America, Inc. (FGA), FirstGroup America Holdings, Inc., FirstGroup International, Inc., First Student Parent, Inc., First Student, Inc., and Recess Holdco LLC*

## **CERTIFICATE OF SERVICE**

      IT IS HEREBY CERTIFIED that on February 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

      *s/ Aníbal A. Román-Medina*
      Aníbal A. Román-Medina
      USDC-PR No. 308410