IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GOVERNMENT OF PUERTO RICO *ex rel.* MESSO LLC,<br><br>　Plaintiff,<br><br>　　v.<br><br>FIRST TRANSIT OF PUERTO RICO, INC.; FIRST TRANSIT INC.; FIRST TRANSIT TRANSPORTATION, LLC; FIRST TRANSIT PARENT, INC.; FIRSTGROUP AMERICA, INC. (FGA); FIRSTGROUP AMERICA HOLDINGS, INC.; FIRSTGROUP INTERNATIONAL, INC.; FIRST STUDENT PARENT, INC.; FIRST STUDENT, INC.; FIRST STUDENT HOLDING COMPANY LLC; FIRST STUDENT SERVICES LLC; FIRST STUDENT TRANSPORTATION LLC; FIRSTGROUP AMERICA PLC; RECESS HOLDCO LLC; TRANSDEV GROUP; TRANSDEV NORTH AMERICA, INC.,<br><br>　Defendants. | CIVIL ACTION NO. 26-cv-01071<br><br>(On removal from Puerto Rico Civil Action No. SJ-2025-CV-07134 (603)) |

## **MOTION INFORMING COMPLIANCE WITH 28 U.S.C. §1446(D)**

　　FirstGroup America, Inc. (FGA), FirstGroup America Holdings, Inc., FirstGroup International, Inc., First Student Parent, Inc., First Student, Inc., and Recess Holdco LLC (collectively, the "Recess Defendants") filed their *Notice of Removal* today, February 9, 2026. *See* ECF No. 1. Shortly after, Recess Defendants (1) filed an informative motion with the Commonwealth Court attaching the *Notice of Removal* (**Exhibit 1**); and (2) sent written notice to Plaintiff's attorney of record (**Exhibit 2**). Plaintiff's counsel will also receive a copy of the *Notice of Removal* through the Commonwealth Court's electronic filing and notification system (SUMAC), as it was included with the informative motion. Accordingly, Recess Defendants

respectfully inform the Court that they have complied with the notice requirements of 28 U.S.C. § 1446(d).

RESPECTFULLY SUBMITTED

Dated: February 9, 2026

**SIMPSON THACHER & BARTLETT LLP**

Stephen P. Blake *(pro hac vice forthcoming)*
Laura Lin *(pro hac vice forthcoming)*
One Market Plaza
Spear Tower, Suite 3800
San Francisco, CA 94105
(415) 426-7300
sblake@stblaw.com
laura.lin@stblaw.com

**O'NEILL & BORGES LLC**

*s/ Salvador J. Antonetti-Stutts*
Salvador J. Antonetti-Stutts
USDC-PR No. 215002

*s/ José J. Colón-García*
José J. Colón-García
USDC-PR No. 308010

*s/Aníbal A. Román-Medina*
Aníbal A. Román-Medina
USDC-PR No. 308410

250 Ave. Muñoz Rivera, Ste. 800
San Juan, P.R. 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: salvador.antonetti@oneillborges.com
jose.colon@oneillborges.com
anibal.roman@oneillborges.com

*Counsel for Recess Defendants FirstGroup America, Inc. (FGA), FirstGroup America Holdings, Inc., FirstGroup International, Inc., First Student Parent, Inc., First Student, Inc., and Recess Holdco LLC*

## **CERTIFICATE OF SERVICE**

      IT IS HEREBY CERTIFIED that on February 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

*s/ Aníbal A. Román-Medina*
Aníbal A. Román-Medina
USDC-PR No. 308410

3