## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GOVERNMENT OF PUERTO RICO *ex rel.* MESSO LLC, <br><br>     Plaintiff, <br><br>        v. <br><br> FIRST TRANSIT OF PUERTO RICO, INC.; FIRST TRANSIT INC.; FIRST TRANSIT TRANSPORTATION, LLC; FIRST TRANSIT PARENT, INC.; FIRSTGROUP AMERICA, INC. (FGA); FIRSTGROUP AMERICA HOLDINGS, INC.; FIRSTGROUP INTERNATIONAL, INC.; FIRST STUDENT PARENT, INC.; FIRST STUDENT, INC.; FIRST STUDENT HOLDING COMPANY LLC; FIRST STUDENT SERVICES LLC; FIRST STUDENT TRANSPORTATION LLC; FIRSTGROUP AMERICA PLC; RECESS HOLDCO LLC; TRANSDEV GROUP; TRANSDEV NORTH AMERICA, INC., <br><br>     Defendants. | CIVIL ACTION NO. 26-cv-01071 <br><br> (On removal from Puerto Rico Civil Action No. SJ-2025-CV-07134 (603)) |

## <u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL</u>

**COME NOW**, Defendants FirstGroup America, Inc. (FGA), FirstGroup America Holdings, Inc., FirstGroup International, Inc., First Student Parent, Inc., First Student, Inc., and Recess Holdco LLC (collectively, the "Recess Defendants"), and through their undersigned counsel, respectfully state and request as follows:

1.    To date, the law firm O'Neill & Borges LLC, through the undersigned attorneys, has served as legal counsel for the Recess Defendants.

2.    However, the Recess Defendants now inform that they will henceforth be represented by new counsel, who will be entering their appearance shortly.

3.      Accordingly, the Recess Defendants and the undersigned counsel respectfully request that this Honorable Court grant leave for the withdrawal of O'Neill & Borges LLC and the undersigned as counsel for the Recess Defendants, and relieve them from further participation in this matter. It is also requested that, thereafter, no further notifications related to the captioned proceedings be sent to the undersigned counsel.

4.      The Recess Defendants further request that the Court allow ten (10) business days for their new legal representation to appear in this action.

5.      The undersigned certify that the Recess Defendants have been advised of the procedural matters and obligations pertaining to this case.

**WHEREFORE**, the Recess Defendants, through their undersigned counsel, request that this Honorable Court grant this motion and, consequently: (a) allow Salvador J. Antonetti-Stutts, José J. Colón-García, Aníbal A. Román-Medina, and O'Neill & Borges LLC, to withdraw from the representation of the Recess Defendants in this action; and also (b) grant the Recess Defendants ten (10) business days for their new legal representation to appear in this action.

**WE HEREBY CERTIFY:** That on this same date we electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notice of the filing electronically to the participant attorneys in this matter.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 2nd day of March 2026.

**O'NEILL & BORGES LLC**
Salvador J. Antonetti-Stutts
USDC-PR No. 215002
José J. Colón-García
USDC-PR No. 308010
Aníbal A. Román-Medina
USDC-PR No. 308410
250 Ave. Muñoz Rivera, Ste. 800
San Juan, P.R. 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944
Email: salvador.antonetti@oneillborges.com
        jose.colon@oneillborges.com
        anibal.roman@oneillborges.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on March 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

*/s/ Aníbal A. Román-Medina*
Aníbal A. Román-Medina
USDC-PR No. 308410