**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

GOVERNMENT OF PUERTO RICO ex rel.,
MESSO, LLC,

        Plaintiff,

        v.

FIRSTGROUP AMERICA, INC. ET ALS,

        Defendants.

**Civil No. 26-1071 (GMM)**

## JUDGMENT

In accordance with the order staying the case issued today (Docket No. 41), judgment is hereby entered administratively closing this case.

This matter will remain closed for statistical purposes and may be reopened upon motion informing of judicial developments.

IT IS SO ORDERED

In San Juan, Puerto Rico, April 8, 2026

                s/Gina R. Méndez-Miró
                GINA R. MÉNDEZ-MIRÓ
                UNITED STATES DISTRICT JUDGE